# United States District Court
# District of Massachusetts

YONG LI,
    Plaintiff,

v.                                            CIVIL ACTION NO. 2011-cv-11557-NMG

JEFFREY C. HUFFMAN, M.D.,
RENEE M. SORRENTINO, M.D.,
MARINA V. YAROSHENKO, M.D.,
MASSACHUSETTS GENERAL HOSPITAL,
    Defendants.

## REPORT AND RECOMMENDATION
## ON MOTIONS ## 4, 9, 12, 15 & 27

January 3, 2012

COLLINGS, U.S.M.J.

The original complaint (#1) was filed on September 6, 2011. Motions

## 4, 9, 12 and 15 are motions to dismiss the original complaint. Motion #

4 was filed by Dr. Sorrentino on October 26, 2011, Motion # 9 was filed by

Massachusetts General Hospital on November 3, 2011, and Motions ## 12 and

15 were filed by Drs. Yaroshenko and Huffman respectively on November 4,

1

*Report and Recommendation accepted and adopted. /s/ NM Gorton, USDJ 2/9/12*