# United States District Court
# District of Massachusetts

YONG LI,
    Plaintiff,

v.	CIVIL ACTION NO. 11-11557-NMG

JEFFREY C. HUFFMAN, M.D.,
RENEE M. SORRENTINO, M.D.,
MARINA V. YAROSHENKO, M.D.,
MASSACHUSETTS GENERAL HOSPITAL,
    Defendants.

*Report and Recommendation accepted and adopted.* /s/ NMGorton, USDJ 6/29/12