# United States District Court
# District of Massachusetts

YONG LI,
    Plaintiff,

v.                              CIVIL ACTION NO. 11-11557-NMG

JEFFREY C. HUFFMAN, M.D.,
RENEE M. SORRENTINO, M.D.,
MARINA V. YAROSHENKO, M.D.,
MASSACHUSETTS GENERAL HOSPITAL,
    Defendants.

## *REPORT AND RECOMMENDATION ON MOTION OF DEFENDANT, MASSACHUSETTS GENERAL HOSPITAL TO DISMISS COUNT II THROUGH V OF PLAINTIFF, YONG LI'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) (#9)*

*Report and Recommendation accepted and adopted.* NMGorton, USDJ 3/29/13